UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Robert Davis; U.S. Attorney's Office for the District of Maryland; U.S. Probation and Pretrial Services for the District of Maryland

FROM: Judge Peter J. Messitte

RE: <u>United States v. Davis,</u> No. 00-cr-424-PJM-2

DATE: April 18, 2024

\* \* \*

The Court is in receipt of Defendant Robert Davis's *pro se* Motion for Early Termination of Supervised Release (ECF No. 765). (A copy of Davis's Motion is enclosed.) As you will see, Davis represents that his supervised release should be terminated early because he has already served four years of his ten-year term without incident, his health is deteriorating, and his advanced age has significantly reduced the risk he may pose to the community.

Although Davis states that, in his view, his Probation Officer in the U.S. Probation and Pretrial Services Office for the Southern District of Florida, Ms. Hilair, would not oppose the early termination of his supervised release, the Court wishes to hear from all interested parties about their respective positions on Davis's request.

To the Court's knowledge, jurisdiction over Davis's pretrial release has not formally been transferred to the Southern District of Florida, so the Court will **ORDER** the following:

1. The U.S. Attorney's Office for the District of Maryland **SHALL** file on the case's docket a notice with its position as to Davis's request within thirty (30) days of this Order;

2. The U.S. Probation and Pretrial Services Office for the District of Maryland **SHALL** determine whether it retains jurisdiction over Davis's pretrial release and, in any event, **SHALL** file on the case's docket a notice with its position as to Davis's request within thirty (30) days of this Order;

3. To the extent that the U.S. Probation and Pretrial Services Office for the Southern District of Florida holds jurisdiction over Davis's pretrial release, the Court requests that Ms. Hilair, or another Probation Officer knowledgeable of Davis's compliance with the terms of his release, inform the Court through written correspondence of that Office's position with respect to Davis's request within thirty (30) days of this Order; and

1

4. The Clerk of Court is directed to **SEND** copies of Davis's Motion and this Order to the parties listed above, as well as to Ms. Hilair at U.S. Probation and Pretrial Services Office for the Southern District of Florida, Wilkie D. Ferguson Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Peter J. Messitte
United States District Judge

CC:   Court file